JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHN RA DOE,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; VICTORVILLE CALIFORNIA STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; DOES 1 to 100,<br><br>          Defendants. | Case No. 5:25-cv-03545-KK (DTBx)<br><br>Judge:  Hon. Kenly Kiya Kato<br>Magistrate:  Hon. David T. Bristow<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)** |

LARSON
LOS ANGELES

ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

# ORDER

Upon consideration of the Parties' Stipulation for Voluntary Dismissal With Prejudice Under Rule 41(a)(1)(A)(ii) (ECF No. 18),

IT IS HEREBY ORDERED that:

1.     The above-captioned action be dismissed in its entirety, with prejudice, including all claims and causes of action, as to all parties;

2.     Plaintiff is ordered to pay Defendant The Church of Jesus Christ of Latter-day Saints, issued to its counsel of record, Larson LLP, the sum of $5,000.00 within fourteen (14) days after entry of this Court's Order approving the Stipulation;

3.     Each party is to otherwise bear its own attorneys' fees, costs, and expenses, except the sum expressly stipulated to; and

4.     This Court retains jurisdiction to enforce the terms of the Stipulation, including the payment obligation set forth therein.

**IT IS SO ORDERED.**

Dated:   June 17, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

LARSON
LOS ANGELES

2
ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE